# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RIVERA, MARCELINO § Case No. 15-34415
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/08/2015. The undersigned trustee was appointed on 11/13/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 627,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 57,811.20 |
| Bank service fees | 402.64 |
| Other payments to creditors | 207,566.55 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 346,219.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/08/2016 and the deadline for filing governmental claims was 06/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 19,041.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 19,041.39 , for a total compensation of $ 19,041.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 58.94 , for total expenses of $ 58.94 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2016                By: /s/R. SCOTT ALSTERDA
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

Case No: 15-34415   JBS   Judge: JACK B. SCHMETTERER  
Case Name: RIVERA, MARCELINO  

Trustee Name: R. SCOTT ALSTERDA  
Date Filed (f) or Converted (c): 10/08/15 (f)  
341(a) Meeting Date: 11/13/15  
Claims Bar Date: 06/08/16  

For Period Ending: 10/23/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1536 N Mohawk Street Chicago, IL 60610-1116 | 375,000.00 | 349,915.25 | | 627,000.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit with People Gas | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household Items | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Dvds | 100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. 4 used bicycles | 150.00 | 0.00 | | 0.00 | FA |
| 8. 2009 Honda CRV | 9,000.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $386,750.00   $349,915.25   $627,000.00

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Real property sold.  
Tax returns to be prepared.

Initial Projected Date of Final Report (TFR): 07/31/16    Current Projected Date of Final Report (TFR): 10/31/16

/s/  R. SCOTT ALSTERDA  
_____  Date: 10/25/16  
R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-34415 -JBS | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RIVERA, MARCELINO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2812 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3919 | | | |
| For Period Ending: | 10/23/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/16 | 1 | Chicago Title and Trust Company<br>IL CT Metro Bank of America-CMNC-0400<br>10 South LaSalle Street, Suite 3100<br>Chicago, IL 60603<br>CHICAGO TITLE AND TRUST COMPANY | Sale of Real Estate [Dkt 41, 43] | | 349,915.25 | | 349,915.25 |
| | | | Memo Amount:     627,000.00<br>Sale of Real Estate [Dkt 41, 43] | 1110-000 | | | |
| | | | Memo Amount:  (     500.00 )<br>Survey Expenses | 2500-000 | | | |
| | | | Memo Amount:  (  10,071.43 )<br>Tax Proration | 2820-000 | | | |
| | | | Memo Amount:  (      50.00 )<br>CPL Fee to Seller to CT | 2500-000 | | | |
| | | | Memo Amount:  (     750.00 )<br>Escrow Fees to CT | 2500-000 | | | |
| | | | Memo Amount:  (     175.00 )<br>MGR-Water Certification Fee to CT | 2500-000 | | | |
| | | | Memo Amount:  (     170.00 )<br>MGR-Zoning Certification Fee to CT | 2500-000 | | | |
| | | | Memo Amount:  (       3.00 )<br>State of IL Policy Fee to CT | 2500-000 | | | |
| | | | Memo Amount:  (      40.00 )<br>Wire Transfer Fee to CT to Trust | 2500-000 | | | |
| | | | Memo Amount:  (   1,000.00 )<br>Owner's Title Insurnace to CT | 2500-000 | | | |
| | | | Memo Amount:  (   1,881.00 )<br>City Transfer Tax to MYDEC | 2820-000 | | | |
| | | | Memo Amount:  (     313.50 ) | 2820-000 | | | |

Page Subtotals        349,915.25        0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 15-34415 -JBS |
| Case Name: | RIVERA, MARCELINO |
| Taxpayer ID No: | *******3919 |
| For Period Ending: | 10/23/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2812  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | County Transfer Tax to MYDEC | | | | |
| | | | Memo Amount:  ( 627.00 ) | 2820-000 | | | |
| | | | State Transfer Tax to MYDEC | | | | |
| | | | Memo Amount:  ( 207,566.55 ) | 4110-000 | | | |
| | | | Payoff to First Mortgage to Seterus | | | | |
| | | | Memo Amount:  ( 15,000.00 ) | 8100-000 | | | |
| | | | Homestead Exemption to M Rivera | | | | |
| | | | Memo Amount:  ( 37,620.00 ) | 3510-000 | | | |
| | | | Real Estate Commission to Jameson | | | | |
| | | | Memo Amount:  ( 1,192.27 ) | 2500-000 | | | |
| | | | Water Cert to MGR Title | | | | |
| | | | Memo Amount:  ( 125.00 ) | 2500-000 | | | |
| | | | Title-Commitment Update Fee to CT | | | | |
| 09/08/16 | 030001 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | 36-7683919  2015 Form 1041 | 2810-000 | | 62.00 | 349,853.25 |
| 09/08/16 | 030002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62726-9053 | 36-7683919  2015  Il 1041 | 2820-000 | | 3,231.00 | 346,622.25 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 402.64 | 346,219.61 |

Page Subtotals   0.00   3,695.64

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 15-34415 -JBS | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RIVERA, MARCELINO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2812  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3919 | | |
| For Period Ending: | 10/23/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 627,000.00 | COLUMN TOTALS | 349,915.25 | 3,695.64 | 346,219.61 |
| Memo Allocation Disbursements: | 277,084.75 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 349,915.25 | 3,695.64 | |
| Memo Allocation Net: | 349,915.25 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 349,915.25 | 3,695.64 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 627,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 277,084.75 | Checking Account (Non-Interest Earn - *******2812 | 349,915.25 | 3,695.64 | 346,219.61 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 349,915.25 | | 349,915.25 | 3,695.64 | 346,219.61 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/   R. SCOTT ALSTERDA   Date: 10/25/16
                      R. SCOTT ALSTERDA

Page Subtotals           0.00           0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 25, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-34415  
Debtor Name: RIVERA, MARCELINO  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | CLERK OF COURT<br>United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $176.00 | $176.00 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $26,714.00 | $26,714.00 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $277.04 | $277.04 |
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Administrative | | $0.00 | $1,555.50 | $1,555.50 |
| 000001<br>070<br>7100-00 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $597.70 | $597.70 |
| 000002<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | (2-1) PMSI | $0.00 | $727.34 | $727.34 |
| 000003<br>070<br>7100-00 | ECAST SETTLEMENT<br>CORPORATION<br>PO BOX 29262<br>NEW YORK, NY 10087-9262 | Unsecured | | $0.00 | $694.08 | $694.08 |
| 000004<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | Portfolio Recovery Associates, LLC<br>Successor to CITIBANK, N.A. (SEARS)<br>POB 41067<br>Norfolk, VA 23541 | $0.00 | $198.16 | $198.16 |
| 999<br>8200-00 | MARCELINO RIVERA<br>1536 N MOHAWK ST<br>CHICAGO, IL 60610-1116 | Unsecured | | $0.00 | $0.00 | $296,172.23 |
| 000005<br>050<br>4110-00 | Federal National Mortgage Association<br>Fannie Mae<br>C/O Seterus, Inc. as servicer for FNMA<br>PO BOX 1047<br>Hartford, CT 06143-1047 | Secured | (5-1) In regards to the property located at 1536 N. Mohawk Street, Chicago, Illinois 60610<br>(5-1) Arrearage = $89,161.76<br>Paid via Report of Sale | $0.00 | $184,305.66 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 25, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 15-34415 | Claim Class, Priority Sequence | | | | |
| Debtor Name: | RIVERA, MARCELINO | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $215,245.48 | $327,112.05 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-34415
Case Name: RIVERA, MARCELINO
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 346,219.61

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 19,041.39 | $ 0.00 | $ 19,041.39 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 58.94 | $ 0.00 | $ 58.94 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 26,714.00 | $ 0.00 | $ 26,714.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 277.04 | $ 0.00 | $ 277.04 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 1,555.50 | $ 0.00 | $ 1,555.50 |
| Charges: CLERK OF COURT | $ 176.00 | $ 0.00 | $ 176.00 |

Total to be paid for chapter 7 administrative expenses  $ 47,822.87
Remaining Balance  $ 298,396.74

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,217.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 597.70 | $ 0.00 | $ 597.70 |
| 000002 | Quantum3 Group LLC as agent for | $ 727.34 | $ 0.00 | $ 727.34 |
| 000003 | ECAST SETTLEMENT CORPORATION | $ 694.08 | $ 0.00 | $ 694.08 |
| 000004 | Portfolio Recovery Associates, LLC | $ 198.16 | $ 0.00 | $ 198.16 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,217.28 |
| | Remaining Balance | | $ | 296,179.46 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

 To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.3  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 7.23 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

 The amount of surplus returned to the debtor after payment of all claims and interest is $ 296,172.23 .