UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 15-34415 |
| | ) | Chapter 7 |
| MARCELINO RIVERA, | ) | Hon. Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on November 3, 2016, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

**Bennie W Fernandez**
Law Offices of Bennie W Fernandez
108 W. Madison Street         representing
Oak Park, IL 60302
bennie161@gmail.com

**Marcelino Rivera**
1536 N. Mohawk Street
Chicago, IL 60610-1116
*(Debtor)*

and I hereby further certify that on November 3, 2016, I caused to be sent by first class U.S. mail the **Amended Certificate of Service** and **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the following non-registered individuals who have filed proofs of claims with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

**Marcelino Rivera**
1536 N. Mohawk Street
Chicago, IL 60610-1116

**American Honda Finance**
2170 Point Blvd Ste 100
Elgin, IL 60123

**Bank of America**
P.O. Box 982235
El Paso, TX 79998

**City of Chicago**
Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

**Com Ed**
P.O. Box 6111
Carol Stream, IL 60197-6111

**Comenity Bank/Express**
4590 E. Broad St
Columbus, OH 43213

**Commonwealth Edison Company**
Attn: Bankruptcy Department
3 Lincoln Center
Oakbrook Terrace, IL 60181

**First USA NA**
PO Box 15298
Wilmington, DE 19850

**J.B. Robinson Jewelers**
375 Ghent Rd.
Fairlawn, OH 44333

**Kay Jewelers**
375 Ghent Rd.
Fairlawn, OH 44333

**Kohls/Capone**
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051

**L J Ross Associates Inc.**
P.O. Box 1838
Ann Arbor, MI 48106

**Midland Funding**
c/o Blitt & Gaines PC
661 Glenn Ave.
Wheeling, IL 60090

**Ocwen**
12650 Ingenuity Dr.
Orlando, FL 32826

**People Gas/Energy**
130 E. Randolph Drive, 20th Floor
Chicago, IL 60602

**Pronto Prestamos**
1750 Todd Farm Drive, Unit D
Elgin, IL 60123

**Quantum3 Group LLC as agent for**
MOMA Funding LLC
P.O. Box 788
Kirkland, WA 98083-0788

**Sears/Cbna**
P.O. Box 6189
Sioux Falls, SD 57117

Dated:  November 3, 2016

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Marcelino Rivera, Debtor

/s/  R. Scott Alsterda
*One of their attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

2