UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| | § | |
| RIVERA, MARCELINO | § | Case No. 15-34415 |
| | § | |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 6,600.00 *(Without deducting any secured claims)* | Assets Exempt: 20,150.00 |
| Total Distributions to Claimants: 209,791.73 | Claims Discharged Without Payment: 6,153.71 |
| Total Expenses of Administration: 106,036.71 | |

    3) Total gross receipts of $ 627,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 311,171.56 (see **Exhibit 2**), yielded net receipts of $ 315,828.44 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 154,552.00 | $ 391,872.21 | $ 391,872.21 | $ 207,566.55 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 106,036.71 | 106,036.71 | 106,036.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,153.71 | 2,217.28 | 2,217.28 | 2,225.18 |
| **TOTAL DISBURSEMENTS** | $ 160,705.71 | $ 500,126.20 | $ 500,126.20 | $ 315,828.44 |

4) This case was originally filed under chapter 7 on 10/08/2015 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/16/2016          By:/s/R. SCOTT ALSTERDA
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property (Schedule A) | 1110-000 | 627,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 627,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Exemptions | 8100-000 | 15,000.00 |
| Marcelino Rivera | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 296,171.56 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 311,171.56** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 | | 5,552.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen 12650 INGENUITY DR Orlando, FL 32826 | | 149,000.00 | NA | NA | 0.00 |
| 000005 | FEDERAL NATIONAL MORTGAGE ASSOCIATI | 4110-000 | NA | 184,305.66 | 184,305.66 | 0.00 |
| | Payoff to First Mortgage to Seterus | 4110-000 | NA | 207,566.55 | 207,566.55 | 207,566.55 |
| **TOTAL SECURED CLAIMS** | | | $ 154,552.00 | $ 391,872.21 | $ 391,872.21 | $ 207,566.55 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 19,041.39 | 19,041.39 | 19,041.39 |
| R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 58.94 | 58.94 | 58.94 |
| CPL Fee to Seller to CT | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| Escrow Fees to CT | 2500-000 | NA | 750.00 | 750.00 | 750.00 |
| MGR-Water Certification Fee to CT | 2500-000 | NA | 175.00 | 175.00 | 175.00 |
| MGR-Zoning Certification Fee to CT | 2500-000 | NA | 170.00 | 170.00 | 170.00 |
| Owner's Title Insurnace to CT | 2500-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| State of IL Policy Fee to CT | 2500-000 | NA | 3.00 | 3.00 | 3.00 |
| Survey Expenses | 2500-000 | NA | 500.00 | 500.00 | 500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Title-Commitment Update Fee to CT | 2500-000 | NA | 125.00 | 125.00 | 125.00 |
| Water Cert to MGR Title | 2500-000 | NA | 1,192.27 | 1,192.27 | 1,192.27 |
| Wire Transfer Fee to CT to Trust | 2500-000 | NA | 40.00 | 40.00 | 40.00 |
| ASSOCIATED BANK | 2600-000 | NA | 402.64 | 402.64 | 402.64 |
| CLERK OF COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| UNITED STATES TREASURY | 2810-000 | NA | 62.00 | 62.00 | 62.00 |
| City Transfer Tax to MYDEC | 2820-000 | NA | 1,881.00 | 1,881.00 | 1,881.00 |
| County Transfer Tax to MYDEC | 2820-000 | NA | 313.50 | 313.50 | 313.50 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 3,231.00 | 3,231.00 | 3,231.00 |
| State Transfer Tax to MYDEC | 2820-000 | NA | 627.00 | 627.00 | 627.00 |
| Tax Proration | 2820-000 | NA | 10,071.43 | 10,071.43 | 10,071.43 |
| NIXON PEABODY LLP | 3110-000 | NA | 26,714.00 | 26,714.00 | 26,714.00 |
| NIXON PEABODY LLP | 3120-000 | NA | 277.04 | 277.04 | 277.04 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,555.50 | 1,555.50 | 1,555.50 |
| Real Estate Commission to Jameson | 3510-000 | NA | 37,620.00 | 37,620.00 | 37,620.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 106,036.71 | $ 106,036.71 | $ 106,036.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88292 Chicago, IL 60680-1292 | | 700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | | 650.00 | NA | NA | 0.00 |
| | Comenity Bank/Express 4590 E Broad St Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| | First Usa,Na Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | J.B. Robinson Jewelers 375 Ghent Rd Fairlawn, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Kay Jewelers 375 Ghent Rd Fairlawn, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | L J Ross Associates In Po Box 1838 Ann Arbor, MI 48106 | | 934.00 | NA | NA | 0.00 |
| | Midland Funding C/o Blitt & Gaines PC 661 Glenn Ave Wheeling, IL 60090 | | 2,297.71 | NA | NA | 0.00 |
| | People Gas 130 E Randolph Drive Chicago, IL 60602 | | 700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Engy 130 E Randolph Dr 20th Floor Chicago, IL 60601 | | 87.00 | NA | NA | 0.00 |
| | Peoples Engy 130 E Randolph Dr 20th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoples Engy 130 E Randolph Dr 20th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | 587.00 | NA | NA | 0.00 |
| | Prnto Prstms 1750 Todd Farm Dri Unit D Elgin, IL 60123 | | 0.00 | NA | NA | 0.00 |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | 198.00 | NA | NA | 0.00 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 597.70 | 597.70 | 597.70 |
| 000003 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 694.08 | 694.08 | 694.08 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 198.16 | 198.16 | 198.16 |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 727.34 | 727.34 | 727.34 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COMMONWEALTH EDISON COMPANY | 7990-000 | NA | NA | NA | 2.13 |
| | ECAST SETTLEMENT CORPORATION | 7990-000 | NA | NA | NA | 2.47 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 0.71 |
| | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | NA | 2.59 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 6,153.71 | $ 2,217.28 | $ 2,217.28 | $ 2,225.18 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-34415 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RIVERA, MARCELINO | | | | Date Filed (f) or Converted (c): | 10/08/15 (f) |
| | | | | | 341(a) Meeting Date: | 11/13/15 |
| For Period Ending: | 12/16/16 | | | | Claims Bar Date: | 06/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1536 N Mohawk Street Chicago, IL 60610-1116 | 375,000.00 | 349,915.25 | | 627,000.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit with People Gas | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household Items | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Dvds | 100.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. 4 used bicycles | 150.00 | 0.00 | | 0.00 | FA |
| 8. 2009 Honda CRV | 9,000.00 | 0.00 | | 0.00 | FA |

| TOTALS (Excluding Unknown Values) | $386,750.00 | $349,915.25 | | $627,000.00 | Gross Value of Remaining Assets $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Real property sold.
Tax returns to be prepared.

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-34415   JBS   Judge: JACK B. SCHMETTERER | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | RIVERA, MARCELINO | Date Filed (f) or Converted (c): | 10/08/15 (f) |
| | | 341(a) Meeting Date: | 11/13/15 |
| | | Claims Bar Date: | 06/08/16 |

Initial Projected Date of Final Report (TFR): 07/31/16     Current Projected Date of Final Report (TFR): 10/31/16

/s/    R. SCOTT ALSTERDA
_____ Date: 12/16/16
    R. SCOTT ALSTERDA

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 15-34415 -JBS | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | RIVERA, MARCELINO | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2812 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3919 | | | |
| For Period Ending: | 12/16/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/16 | 1 | Chicago Title and Trust Company<br>IL CT Metro Bank of America-CMNC-0400<br>10 South LaSalle Street, Suite 3100<br>Chicago, IL 60603<br>CHICAGO TITLE AND TRUST COMPANY | Sale of Real Estate [Dkt 41, 43]<br><br>Memo Amount: 627,000.00<br>Sale of Real Estate [Dkt 41, 43]<br>Memo Amount: ( 500.00 )<br>Survey Expenses<br>Memo Amount: ( 10,071.43 )<br>Tax Proration<br>Memo Amount: ( 50.00 )<br>CPL Fee to Seller to CT<br>Memo Amount: ( 750.00 )<br>Escrow Fees to CT<br>Memo Amount: ( 175.00 )<br>MGR-Water Certification Fee to CT<br>Memo Amount: ( 170.00 )<br>MGR-Zoning Certification Fee to CT<br>Memo Amount: ( 3.00 )<br>State of IL Policy Fee to CT<br>Memo Amount: ( 40.00 )<br>Wire Transfer Fee to CT to Trust<br>Memo Amount: ( 1,000.00 )<br>Owner's Title Insurnace to CT<br>Memo Amount: ( 1,881.00 )<br>City Transfer Tax to MYDEC<br>Memo Amount: ( 313.50 ) | <br><br><br><br>1110-000<br><br><br>2500-000<br><br>2820-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2820-000<br><br>2820-000 | 349,915.25 | | 349,915.25 |

Page Subtotals 349,915.25 0.00

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34415 -JBS | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RIVERA, MARCELINO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2812 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3919 | | |
| For Period Ending: | 12/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | County Transfer Tax to MYDEC | | | | |
| | | | Memo Amount:  (  627.00 ) | 2820-000 | | | |
| | | | State Transfer Tax to MYDEC | | | | |
| | | | Memo Amount:  (  207,566.55 ) | 4110-000 | | | |
| | | | Payoff to First Mortgage to Seterus | | | | |
| | | | Memo Amount:  (  15,000.00 ) | 8100-000 | | | |
| | | | Homestead Exemption to M Rivera | | | | |
| | | | Memo Amount:  (  37,620.00 ) | 3510-000 | | | |
| | | | Real Estate Commission to Jameson | | | | |
| | | | Memo Amount:  (  1,192.27 ) | 2500-000 | | | |
| | | | Water Cert to MGR Title | | | | |
| | | | Memo Amount:  (  125.00 ) | 2500-000 | | | |
| | | | Title-Commitment Update Fee to CT | | | | |
| 09/08/16 | 030001 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | 36-7683919  2015 Form 1041 | 2810-000 | | 62.00 | 349,853.25 |
| 09/08/16 | 030002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62726-9053 | 36-7683919  2015  Il 1041 | 2820-000 | | 3,231.00 | 346,622.25 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 402.64 | 346,219.61 |
| 11/29/16 | 030003 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 19,041.39 | 327,178.22 |

Page Subtotals        0.00        22,737.03

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-34415 -JBS | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RIVERA, MARCELINO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2812 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3919 | | |
| For Period Ending: | 12/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/16 | 030004 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Expenses | 2200-000 | | 58.94 | 327,119.28 |
| 11/29/16 | 030005 | CLERK OF COURT<br>United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 176.00 | 326,943.28 |
| 11/29/16 | 030006 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 26,714.00 | 300,229.28 |
| 11/29/16 | 030007 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 277.04 | 299,952.24 |
| 11/29/16 | 030008 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 1,555.50 | 298,396.74 |
| 11/29/16 | 030009 | Commonwealth Edison Company<br>Attn: Bankruptcy Department<br>3 Lincoln Center<br>Oakbrook Terrace, IL 60181 | Claim 000001, Payment 100.35637% | | | 599.83 | 297,796.91 |

Page Subtotals          0.00          29,381.31

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-34415 -JBS | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | RIVERA, MARCELINO | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2812  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3919 | | |
| For Period Ending: | 12/16/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim       597.70 | 7100-000 | | | |
| | | | Interest       2.13 | 7990-000 | | | |
| 11/29/16 | 030010 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000002, Payment 100.35609% | | | 729.93 | 297,066.98 |
| | | | Claim       727.34 | 7100-000 | | | |
| | | | Interest       2.59 | 7990-000 | | | |
| 11/29/16 | 030011 | eCast Settlement Corporation<br>PO Box 29262<br>New York, NY 10087-9262 | Claim 000003, Payment 100.35587% | | | 696.55 | 296,370.43 |
| | | | Claim       694.08 | 7100-000 | | | |
| | | | Interest       2.47 | 7990-000 | | | |
| 11/29/16 | 030012 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Claim 000004, Payment 100.35830% | | | 198.87 | 296,171.56 |
| | | | Claim       198.16 | 7100-000 | | | |
| | | | Interest       0.71 | 7990-000 | | | |
| 11/29/16 | 030013 | Marcelino Rivera<br>PO Box 578441<br>Chicago, IL 60657 | Surplus Funds Paid to Debtor | 8200-002 | | 296,171.56 | 0.00 |

Page Subtotals      0.00      297,796.91

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-34415 -JBS |
| Case Name: | RIVERA, MARCELINO |
| Taxpayer ID No: | *******3919 |
| For Period Ending: | 12/16/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2812 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 627,000.00 | COLUMN TOTALS | 349,915.25 | 349,915.25 | 0.00 |
| Memo Allocation Disbursements: | 277,084.75 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 349,915.25 | 349,915.25 | |
| Memo Allocation Net: | 349,915.25 | Less: Payments to Debtors | | 296,171.56 | |
| | | Net | 349,915.25 | 53,743.69 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 627,000.00 | TOTAL - ALL ACCOUNTS | 349,915.25 | 53,743.69 | 0.00 |
| Total Allocation Disbursements: | 277,084.75 | Checking Account (Non-Interest Earn - *******2812) | | | |
| Total Memo Allocation Net: | 349,915.25 | | 349,915.25 | 53,743.69 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____   Date: 12/16/16
                    R. SCOTT ALSTERDA

Page Subtotals   0.00   0.00

Ver: 19.06c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*